Garwin, Gerstein & Fisher LLP
Bruce E. Gerstein, Esq.
88 Pine Street, 10th Floor
New York, NY  10005
(212) 398-0055
bgerstein@garwingerstein.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>ACTAVIS, PLC and<br>FOREST LABORATORIES, LLC, MERZ PHARMA GMBH & CO. KGAA, AMNEAL PHARMACEUTICALS, LLC, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, INC., BARR PHARMACEUTICALS, INC. COBALT LABORATORIES, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT LIMITED, SUN INDIA PHARMACEUTICALS INDUSTRIES, LTD, AND JOHN DOES 1-10.<br><br>                    Defendants. | Civil Action No. 1:15-cv-04152-UA<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

PLEASE TAKE NOTICE that Plaintiff BURLINGTON DRUG COMPANY ("Plaintiff") hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Dated:  June 12, 2015					Respectfully submitted,

					*/s/  Bruce E. Gerstein*
					(Attorney Bar Code #2726)
					**GARWIN GERSTEIN & FISHER LLP**
					Bruce E. Gerstein
					Joseph Opper
					Noah Silverman
					88 Pine Street, 10th Floor
					New York, NY 10005
					Tel: (212) 398-0055
					Fax: (212) 764-6620
					bgerstein@garwingerstein.com

					**SMITH SEGURA & RAPHAEL, LLP**
					David C. Raphael, Jr.
					Erin R. Leger
					3600 Jackson Street, Suite 111
					Alexandria, LA 71303
					Tel: (318) 445-4480
					Fax: (318) 487-1741
					draphael@ssrllp.com

					**ODOM & DES ROCHES, L.L.P.**
					Stuart E. Des Roches
					Andrew W. Kelly
					650 Poydras Street, Suite 2020
					New Orleans, LA 70130
					Tel: (504) 522-0077
					Fax: (504) 522-0078
					stuart@odrlaw.com


					**HEIM PAYNE & CHORUSH, LLP**
					Russ Chorush
					Miranda Jones
					600 Travis, Suite 6710
					Houston, TX  77002
					Tel:  (713) 221-2000
					Fax:  (713) 221-2021
					rchorush@hpcllp.com

					*Counsel for Burlington Drug Company, Inc. and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2014, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


Dated:  June 12, 2014                                         /s/  *Bruce E. Gerstein*